UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO.: 1:19-CR-90-HAB |
| ) | |
| ADHAM EL-KHATIB ) | |

**OPINION AND ORDER**

Defendant Adham El-Khatib ("El-Khatib") requests that this Court transfer jurisdiction "of the active arrest warrant for revocation of supervised release" as well as revocation proceedings to the United States District Court for the Eastern District of Arkansas. (ECF Nos. 181, 182). El-Khatib is currently incarcerated in Arkansas for newly alleged federal crimes. *See United States v. El-Khatib,* 4:24-CR-117 (E.D. Ark.). Those alleged crimes—as well as other alleged violations of his conditions of supervised release—prompted the arrest warrant and revocation proceedings in this District. (ECF No. 176). Other than his incarceration in Arkansas, he provides no other justification for this Court to transfer jurisdiction.

Under 18 U.S.C. § 3605, this Court, "after imposing a sentence, may transfer jurisdiction over a probationer or person on supervised release to the district court for any other district to which the person is required to proceed as a condition of his probation or release, or is permitted to proceed, with the concurrence of such court." But "transfer of jurisdiction is discretionary with the Court." *United States v. Johnson*, 2022 WL 1394546, at *1 (E.D. Ky. May 3, 2022) (citing *United States v. Ohler*, 22 F.3d 857, 858-59 (9th Cir. 1994)).

With this standard in mind, the Court exercises its discretion and declines to transfer jurisdiction to the Eastern District of Arkansas. Defendant presents no reason other than his present incarceration for such a transfer. And one condition that El-Khatib is alleged to have violated is

leaving this very District without being granted permission. (ECF No. 124, ¶ 5 ("The Defendant shall not knowingly leave the federal judicial district of the Northern District of Indiana, unless granted permission to leave by the Court or a probation officer."). The Court will thus maintain jurisdiction over El-Khatib, and his Motions to Transfer Jurisdiction (ECF Nos. 181, 182) are DENIED.

    SO ORDERED on May 21, 2025.

                                          s/ *Holly A. Brady*
                                          CHIEF JUDGE HOLLY A. BRADY
                                          UNITED STATES DISTRICT COURT