UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO. 1:19-CR-90-HAB-ALT-2 |
| ADHAM EL-KHATIB | |

## OPINION AND ORDER

Defendant Adham El-Khatib had his supervised release revoked on November 17, 2025. (ECF 202). This Court sentenced him to eighteen months imprisonment for violating his supervised release conditions, which will run consecutive to another prison term stemming from a conviction in the United States District Court for the Eastern District of Arkansas. (*Id.*).

On February 23, 2026, El-Khatib filed a letter in which he asks the Court to conduct an investigation. (ECF 205). He has not yet been transferred from the Corrections Center of Northwest Ohio ("CCNO"), where he was transported for his revocation proceedings, back into the custody of the United States Bureau of Prisons ("B.O.P"). (*Id.*). El-Khatib wants to know why this transfer has not occurred, why the United States Marshals Service ("USMS") have ignored court orders to transport him, and requests that this Court order the transfer. (*Id.*).

The Court has contacted the USMS and confirmed that there were delays in El-Khatib's transport due to the need for updated paperwork in his Arkansas case. The USMS informs the Court that this has since been resolved and estimates that he should be transferred from CCNO to B.O.P. custody within the next month. Given that El-Khatib's transfer is imminent, his requests for relief from this Court (ECF 205) are DENIED.

**SO ORDERED** on February 26, 2026.

    s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT